UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VANNESSA E. SPRINGER,

       Plaintiff,

v.                        **ORDER**
                          Civil File No. 12-3115 (MJD/JSM)

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

Lionel H. Peabody, Peabody Law Office, Counsel for Plaintiff.

Ann M. Bildtsen, Assistant United States Attorney, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan filed December 27, 2013. Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, filed objections to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Chief United States Magistrate Judge Boylan filed December 27, 2013.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of Chief United States Magistrate Judge Arthur J. Boylan filed December 27, 2013 [Docket No. 24].

2. Plaintiff's Motion for Summary Judgment [Docket No. 15] is **GRANTED**, and this case is **REMANDED** for reversal and award of benefits.

3. Defendant's Motion for Summary Judgment [Docket No. 21] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 24, 2014            s/ Michael J. Davis
                                     Michael J. Davis
                                     Chief Judge
                                     United States District Court